U.S. Department of Justice  
Washington, D.C.  
11/22/0/jr

Criminal Docket

__McALLEN__ Division

CR. No. __M-00 599__

Judge: __RICARDO H. HINOJOSA__     M-00-4057-M

INDICTMENT Filed: __December 12, 2000__  
County: Hidalgo  
Promis #: __2000R05119__  
UNITED STATES OF AMERICA

Attorneys:  
__MERVYN M. MOSBACKER, U.S. ATTORNEY__

v.

__PATRICIA COOK PROFIT, ASST. U.S. ATTORNEY__

__GLORIA TREVINO-RIOS__     Ct. 1  
Custody: 11/18/00

Charge(s):

Ct. 1: __Unlawfully present in the United States after being previously excluded, deported and removed.__  
Title 8, United States Code, Sections 1326(a) and 1326(b)

Total Counts  
**(1)**

Penalty:   Ct. 1: __Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000__

Agency:   __BORDER PATROL - LAZARO ALVAREZ - A29 949 975__

Proceedings

Date